# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LINDSY BALL SNYDER, Individually as the surviving spouse of Dylan Snyder, deceased, and as personal representative of the ESTATE OF DYLAN SNYDER<br><br>and<br><br>N.W., minor child of Dylan Snyder, Deceased, by and through her natural mother and next friend STEPHANIE GREATHOUSE,<br><br>    Plaintiffs,<br><br>v.<br><br>NISLY BROTHERS, INC.,<br>NISLY BROTHERS TRASH SERVICES, INC., and<br>JONATHAN MARCUS YODER,<br><br>    Defendants. | Case No. 2:15-cv-02586-RDR-GLR |

### JOINT MOTION FOR APPROVAL OF WRONGFUL DEATH SETTLEMENT PURSUANT TO K.S.A. § 60-1905 AND APPROVAL OF MINOR SETTLEMENT

Plaintiff Lindsy Ball Snyder, individually as the surviving spouse of Dylan Snyder, deceased, and as personal representative of the Estate of Dylan Snyder, by and through counsel, and NW, minor child of Dylan Snyder, deceased, by and through her natural mother and next friend Stephanie Greathouse and her undersigned counsel, and on behalf of the class of individuals as defined in K.S.A §60-1902 move the Court to approve and apportion a wrongful death settlement under K.S.A §60-1902 and K.S.A. §60-1905 and approval of the settlement for NW, the minor child of Dylan Snyder. In support thereof, plaintiffs state as follows:

1. Decedent, Dylan Snyder, died as a result of a motor vehicle accident, which occurred on or about July 22, 2014, on K-61 near Red Rock Road, in Hutchinson, Kansas.

2. Plaintiff Lindsy Ball Snyder is the surviving spouse of Dylan Snyder, and is a member of the class of persons entitled to recover damages for the alleged wrongful death of Dylan Snyder, pursuant to K.S.A §60-1902.

3. NW, a minor, by and through her natural mother and next friend Stephanie Greathouse, is the natural daughter of Dylan Snyder, and is a member of the class of persons entitled to recover damages for the alleged wrongful death of Dylan Snyder, pursuant to K.S.A §60-1902.

4. There are no other known individuals as defined in K.S.A §60-1902, who are entitled to bring or join in a wrongful death action as a result of the death of Dylan Snyder.

5. Plaintiffs allege that the motor vehicle accident and resulting injuries and death of Dylan Snyder were caused by the negligence of Jonathon Yoder (hereinafter "Yoder"), Nisly Brothers, Inc. and Nisly Brothers Trash Services Inc. (hereinafter collectively "Nisly Brothers"); Yoder and Nisly Brothers deny any and all liability and responsibility for said injuries and resulting death of Dylan Snyder.

6. Plaintiffs, by and through their attorneys, have fully investigated the facts and circumstances of the occurrence, and are mindful of the disputed issues of liability and the disputed issue of damages. Plaintiffs hereby move this Court for authority to reach settlements for claims for the wrongful death of Dylan Snyder against the Nisly Brothers and Yoder.

7. Subject to the approval of the Court, plaintiffs have negotiated with Yoder and Nisly Brother's insurance carriers to settle on behalf of all individuals having the right to pursue

the wrongful death claim at issue, based upon the alleged negligence of Yoder and Nisly Brothers.

8. That, subject to the approval of the Court, plaintiffs have agreed to settle their claims for the amount of Two Million Four Hundred and Thirty-Six Thousand and Four Hundred and Eight and 00/100 Dollars ($2,436,408.00). (*See* **Exhibit A** – Lindsy Ball Snyder Settlement Release and **Exhibit B** – NW Release and Settlement Agreement).

9. Plaintiffs feel the settlement is fair, reasonable and in their best interest. They also agree to split the settlement 50/50 – Lindsy Ball Snyder and NW to each receive a gross amount of $1,218,204.00.

10. The Plaintiffs request that the Settlement Funds of $2,436,408.00 be apportioned as follows: $804,719.29 distributed to Lindsy Ball Snyder; $908,060.01 distributed to NW, daughter of Dylan Snyder, which will be placed in a structured settlement annuity issued by multiple investment companies, which shall provide future periodic payments to NW; $413,44.71 distributed to McGonagle Spencer Gahagan and the Norman Law Firm for attorneys' fees and expenses; and $310,143.99 distributed to Crabtree Law Office for attorneys' fees and expenses. (See **Exhibit C** – Distribution Spreadsheet).

11. Brenda Lee Weston, the court-appointed Conservator for NW, and Stephanie Greathouse the Next Friend and natural mother of NW recognize that the investment companies (the Assignee) shall be the owner of the annuities pursuant to a qualified assignment within the meaning of the Internal Revenue Code Section 130(c).

12. Lindsy Ball Snyder, Brenda Lee Weston, and NW's next friend and natural mother, Stephanie Greathouse believe it would be in the best interest of and advantageous to all parties

including the minor child to accept said Settlement with the Nisly Brothers and Yoder subject to approval of the Court.

13. The parties agree, and represent to the Court, that the aforementioned Settlement Releases were entered into in good faith.

14. For the reasons stated herein, the parties hereby request that the Court approve the proposed Settlement Releases and distribution of minor settlement proceeds.

15. Lindsy Ball Snyder entered into an agreement to pay 33 1/3% of her gross settlement monies from her wrongful death settlement with Yoder and Nisly Brothers to McGonagle Spencer Gahagan for attorneys' fees. McGonagle Spencer and Gahagan will not be receiving any attorneys' fees from the workers' compensation settlement they represent Lindsy Ball Snyder on related to this incident.

16. Brenda Lee Weston and Stephanie Greathouse on behalf of the minor child NW entered into an agreement to pay 25% of their gross settlement monies from NW's wrongful death settlement with Yoder and Nisly Brothers to James Crabtree for attorneys' fees.

17. Lindsy Ball Snyder, Brenda Lee Weston and NW's next friend and natural mother Stephanie Greathouse further ask the Court to approve as fair and reasonable the attorneys' fees and litigation expenses as reflected in this Joint Motion and Ex. C.

18. A proposed Journal Entry of Judgment Approving Wrongful Death Settlement Pursuant to K.S.A. § 60-1905 and Approval of Minor Settlement is attached as **Exhibit D**.

WHEREFORE, the parties request the Court to approve, by judgment, the proposed settlement of plaintiffs' claims in the total amount Two Million Four Hundred and Thirty-Six Thousand and Four Hundred and Eight and 00/100 Dollars ($2,436,408.00); to find that the proposed settlement and distribution to be fair and reasonable, in the best interest of the

Plaintiffs, including the minor Plaintiff and entered into in good faith; to find the attorneys' fee and expenses fair and reasonable; and to further order plaintiffs and all the members of the class of persons entitled to recover damages for the alleged wrongful death of Dylan Snyder as stated above, pursuant to K.S.A §60-1902:

- A. To collect and issue a receipt for payment of the settlement; and
- B. To execute a Settlement Release releasing Jonathon Marcus Yoder, Nisly Brothers, Inc., Nisly Brothers Trash Services Inc. and their insurers Nationwide Mutual Insurance Company and AMCO Insurance Company in all claims, actions, or causes of action and particularly for any injuries resulting in death or not resulting in the death of Dylan Snyder, deceased, and costs herein; and
- C. To acknowledge satisfaction of the judgment; and
- D. To distribute the proceeds as ordered by the Court, between the persons entitled to share in them; and
- E. To report and account therefore to the Court; and
- F. For such other order and further relief as the Court deems just and proper.

Respectfully submitted,

MANZ SWANSON HALL FOGARTY & GELLIS P.C.

__s/John J. Fogarty_____
John J. Fogarty                    #22783
1000 Walnut, Suite 800
Kansas City, Missouri 64106
Telephone:    (816) 472-5310
Facsimile:    (816) 472-5320
jfogarty@mslawkc.com
**ATTORNEYS FOR DEFENDANTS**

and

THE NORMAN LAW FIRM

\_\_s/Phyllis A.Norman_____
Phyllis A. Norman,  KS #21818
1000 Broadway, 4th Floor
Kansas City, Missouri  64105
Ph:  816-288-9622
Fx:  816-471-1701
phyllis@pnormanlaw.com

MCGONAGLE SPENCER GAHAGAN

\_s/Gerald McGonagle_____
Gerald McGonagle,  MO #39480
1533 Locust Street
Kansas City, Missouri  64108
Ph:  816-221-2222
Fx:  816-221-2245
gmcgonagle@mcgonaglespencer.com
**ATTORNEYS FOR PLAINTIFFS LINDSY BALL SNYDER, individually, and as personal representative of the ESTATE OF DYLAN SNYDER**

and

CRABTREE LAW OFFICE

\_\_s/James Crabtree_____
James M. Crabtree,  KS #16311
13420 Santa Fe Trail Drive
Lenexa, Kansas  66215
Ph:  913-888-7100
Fx:  913-888-7388
jim@jimcrabtreelaw.com
**ATTORNEYS FOR PLAINTIFF, N.W., a minor, by and through her natural mother and next friend STEPHANIE GREATHOUSE**